IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CLERICI, et al., | Case No. 17-cv-02014-CRB |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| BUILD IT GREEN, | |
| Defendant. | |

Plaintiffs David Clerici and Dan Dell'Osso brought this action for employment discrimination in April 2017. While the parties apparently settled the case in January 2018, despite many notices seeking status reports or a dismissal, Plaintiffs have failed to file a notice of voluntary dismissal. See dkts. 33–36.

Accordingly, the court orders Plaintiffs to show cause by July 31, 2023 why this case should not be terminated pursuant to Rule 41 of the Federal Rules of Civil Procedure. Failure to respond will result in dismissal of this action with prejudice.

**IT IS SO ORDERED.**

Dated: July 17, 2023

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California