IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CLERICI, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BUILD IT GREEN,<br><br>    Defendant. | Case No. 17-cv-02014-CRB<br><br>**ORDER DISMISSING CASE** |

Plaintiffs David Clerici and Dan Dell'Osso brought this action for employment discrimination in April 2017. Despite the fact that the parties apparently settled the case in January 2018, they have failed to file a notice of voluntary dismissal. On July 17, the Court filed an order to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41. Counsel for plaintiffs responded that the matter has been resolved. Accordingly, this case is dismissed.

**IT IS SO ORDERED.**

Dated: July 25, 2023

_____
CHARLES R. BREYER
United States District Judge